JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL LOZA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OPERATION INFLUENCE LLC; JERRIKA COX; BRYCE COX; WE CAN LLC; JIM CANDELARIA; AHMED INVESTMENTS INC.; and AVAIS AHMED,<br><br>Defendants. | Case No. 2:25-cv-01657-MCS-AGR<br><br>**JUDGMENT** |

    Pursuant to this Court's Order Re: Motion for Default Judgment and Dismissal Without Prejudice for Lack of Personal Jurisdiction,

    IT IS ADJUDGED that this action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: October 23, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE